An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

EDDIE RAY BOLDEN, JR.,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 65759

**FILED**

SEP 18 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER OF AFFIRMANCE

This is a proper person appeal from an order denying a motion to correct an illegal sentence.[1] Eighth Judicial District Court, Clark County; Valorie J. Vega, Judge.

In his motion filed on February 13, 2014, appellant claimed that his sentence was illegal because the crime of attempted coercion is not a felony and because the State never provided notice of felony-level coercion. Appellant's claims fell outside the narrow scope of claims permissible in a motion to correct an illegal sentence. *See Edwards v. State*, 112 Nev. 704, 708, 918 P.2d 321, 324 (1996). Notably, appellant entered a guilty plea to a felony crime of attempted coercion and expressly waived any pleading defects. Appellant may not challenge the adequacy of the charging documents or the validity of his guilty plea in a motion to correct an illegal sentence. Therefore, without considering the merits of

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVADA

(O) 1947A

14-30971

any of the claims raised in the motion, we conclude that the district court did not err in denying the motion. Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. Valorie J. Vega, District Judge
Eddie Ray Bolden, Jr.
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk